IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID RAVE,

    Plaintiff(s),

vs.                                                                               1:17-cv-00636-RB-LF

BOARD OF COMMISSIONERS FOR THE COUNTY
OF BERNALILLO, CORRECT CARE SOLUTIONS, LLC,
NEW MEXICO DEPARTMENT OF CORRECTIONS,
TIMOTHY MCMURRAY, MD, DOES 1-15.,

    Defendant(s).

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

      At the Rule 16 scheduling conference held on August 16, 2017, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 25), filed on August 9, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 28), filed concurrently with this Order.

                                                                       _____
                                                                       Laura Fashing
                                                                       United States Magistrate Judge